IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M. ROSS ARNEL, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>MADISON SQUARE GARDEN ENTERTAINMENT CORP (N/K/A Sphere Entertainment Co.).,<br><br>       Defendant. | Case No. 1:23-cv-05537-LAK-JLC<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT |

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, that the dates set forth in the Status Report filed on June 6, 2024, and the Order entered on June 7, 2024, are extended as follows:

  (1) Plaintiff's time to file an amended complaint is extended by fourteen (14) days or until August 5, 2024;

  (2) Defendant's time to answer or otherwise respond to the amended complaint is sixty (60) days therefrom, or October 4, 2024;

  (3) Plaintiff's time to file an opposition brief is forty-five (45) days therefrom, or November 18, 2024;

  (4) Defendant's time to file a reply, if any, is twenty-one (21) days therefrom, or December 9, 2024.

There has been no previous request for an extension in this matter.

Dated: July 16, 2024

| | |
|---|---|
| HUNTON ANDREWS KURTH LLP | THEGRANTLAWFIRM, PLLC |

By: /s/ Shawn Patrick Regan/LJG

Shawn Patrick Regan

200 Park Avenue, 52nd Floor
New York, New York 10166
212-309-1046
sregan@huntonAK.com

*Attorneys for Defendant Madison Square Garden Entertainment Corp. (n/k/a Sphere Entertainment Co.)*

By: /s/ Lynda J. Grant

Lynda J. Grant

521 Fifth Avenue, 17th Floor
New York, New York 10175
212-292-441
lgrant@grantfirm.com

*Attorneys for Plaintiff and the Class*

SO ORDERED:

_____
Hon. Lewis A. Kaplan, U.S.D.J.

2