IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M. ROSS ARNEL, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>MADISON SQUARE GARDEN ENTERTAINMENT CORP (N/K/A Sphere Entertainment Co.).,<br><br>                    Defendant. | Case No. 1:23-cv-05537-LAK-JLC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff M. Ross Arnel, and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against defendant.

Dated; August 2, 2024

                                        THEGRANTLAWFIRM, PLLC
                                        By: *Lynda J. Grant*
                                        Lynda J. Grant

                                        521 Fifth Avenue, 17th floor
                                        New York, NY 10175
                                        Tel: 212-292-4441
                                        Fax: 212-292-4442
                                        Email: lgrant@grantfirm.com

1

## CERTIFICATE OF SERVICE

  I hereby certify that on August 2, 2023, I caused to be served a true and correct copy of the foregoing was filed with the Court using the Court's CM/ECF system, which provided notice of electronic filing to all counsel of record.

By: /s/ Lynda J. Grant<br>
Lynda J. Grant